# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 2, 2014

## NO. 03-12-00179-CV

**Peter Hans Luby a/k/a Pete Luby, Appellant**

**v.**

**Richard L. Wood, Jr., Appellee**

**APPEAL FROM 299TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the order signed by the trial court on February 21, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and renders judgment dismissing the case for lack of jurisdiction. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.